No. 542. FRANCO, RECURRENTE, *v.* REGISTRADOR DE AGUA-
DILLA, RECURRIDO.—Resuelto en diciembre 18, 1922. Vista la
moción del recurrente desistiendo del recurso, se declara con
lugar y se le tiene por desistido.

No. 1991. EL PUEBLO, APELADO, *v.* ROLDÁN, APELANTE.—
Corte de Distrito de Humacao. Resuelto en diciembre 18,
1922. No existiendo pliego de excepciones o exposición del
caso, sin que el acusado tampoco haya presentado alegato en
apoyo del recurso y no apareciendo de los autos error funda-
mental, se confirma la sentencia.

No. 2916. BUSIGÓ, APELADO, *v.* PADRÓ, APELANTE.—Corte
de Distrito de Mayagüez. Resuelto en diciembre 21, 1923.
Considerada la moción de desestimación presentada por el
apelado y la certificación que se acompaña y no habiéndose
presentado la exposición del caso ni radicado la transcripción
del récord, se declara con lugar y se desestima la apelación.

No. 2007. LLORENS, DEMANDANTE, *v.* GALARZA ET AL., DE-
MANDADOS Y ACUSADOS, APELANTE EL SEGUNDO. Corte de Dis-
trito de Ponce. Incidente de desacato. Moción del Fiscal
para desestimar la apelación. Resuelto en diciembre 21,
1922. Vista la certificación del Secretario de la corte infe-
rior obrante en los autos y los antecedentes del caso, se deses-
tima la apelación.

No. 2881. MORAL & CÍA., S. EN C., APELADA, *v.* BULL IN-
SULAR LINE, INC., APELANTE. — Corte de Distrito de Maya-
güez. Resuelto en diciembre 30, 1922. Vista la moción de
desistimiento de la parte apelante, se declara con lugar y se
tiene por desistida de su apelación.

No. 2019. EL PUEBLO, APELADO, *v.* REYES, APELANTE. —
Corte de Distrito de Ponce. Resuelto en enero 8, 1923. Adul-
teración de leche. Vista la moción de desistimiento presen-
tada por el acusado apelante, se declara con lugar y se tiene
por desistido.